No. 200. ORDER OF RAILWAY CONDUCTORS OF AMERICA ET AL. *v.* PENNSYLVANIA RAILROAD CO. ET AL. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Rufus G. Poole, William A. Clineburg,* and *V. C. Shuttleworth* for petitioners. *Messrs. John Dickinson, John B. Prizer,* and *R. Aubrey Bogley* for the Pennsylvania Railroad Co., and *Mr. Bernard M. Savage* for the Brotherhood of Railroad Trainmen, respondents.

No. 226. REPUBLIC AVIATION CORP. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. J. Edward Lumbard, Jr., John J. Ryan,* and *Frederick W. Davenport, Jr.* for petitioner. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr., Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 265. BLAIR *v.* BALTIMORE & OHIO RAILROAD CO. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Pennsylvania granted. *Mr. J. Thomas Hoffman* for petitioner. *Messrs. Charles J. Margiotti* and *Vincent M. Casey* for respondent.

No. 279. CANADIAN AVIATOR, LTD. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Chauncey I. Clark* and *Eugene Underwood* for petitioner. *Solicitor General Fahy, Assistant Attorney*

*General Shea,* and *Messrs. Joseph B. Goldman* and *Walter J. Cummings, Jr.* for the United States. 

No. 287. BARR *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the United States Court of Customs & Patent Appeals granted. *Mr. Albert MacC. Barnes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Rao,* and *Messrs. John R. Benney* and *Walter J. Cummings, Jr.* for the United States. 

No. 294. CITY BANK FARMERS TRUST CO., ADMINISTRATOR, *v.* McGOWAN, COLLECTOR OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. James Lloyd Derby, J. Seymour Montgomery, Jr.,* and *John K. Watson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch, Carlton Fox,* and *Walter J. Cummings, Jr.* for respondent. 

No. 335. TILLER, EXECUTOR, *v.* ATLANTIC COAST LINE RAILROAD CO. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. J. Vaughan Gary* for petitioner. *Messrs. Thomas W. Davis* and *Collins Denny, Jr.* for respondent. 

No. 342. YOUNG *v.* HIGBEE COMPANY ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit